UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NUMBER: 03:09-cv-524-J-32MCR

| | | |
|---|---|---|
| NANCY DIAZ and MIGUEL RAMOS-HERNANDEZ, individually and on Behalf of All Others Similarly Situated, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | NOTICE OF APPEAL |
| FLORIDA DEFAULT LAW GROUP, P.L., a Florida professional limited liability company, | ) ) ) ) ) | |
| Defendant. | ) ) ) | |

## PLAINTIFFS, NANCY DIAZ AND MIGUEL RAMOS-HERNANDEZ'S NOTICE OF APPEAL

Notice is hereby given that NANCY DIAZ and MIGUEL RAMOS-HERNANDEZ,

plaintiffs in the above named case, hereby appeal to the United States Court of Appeals for the

Eleventh Circuit from the final judgment entered in this action on the 4th day of January, 2011.

James E. Kallaher
Florida Bar No. 474290
151 College Dr., Suite 5
Orange Park, FL 32065
(904)276-6171 office
(904)276-1751 fax
jkallaher@bnlaw.com
Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 8, 2010, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: Suzanne Barto Hill, Esquire at shill@rumberger.com (Co-counsel for Defendant) and Douglas A. Kahle, Esquire at dkahle@schwedmcginley.com (Co-counsel for Defendant).

/s/ James E. Kallaher
James E. Kallaher
Florida Bar No. 474290
151 College Dr., Suite 5
Orange Park, FL 32065
(904)276-6171 office
(904)276-1751 fax
jkallaher@bnlaw.com
Attorneys for Plaintiffs